UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 22-CR-378-3-DLF** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 924(c)(1) |
| **ADRIAN WADE,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about November 3, 2021, within the District of Columbia and elsewhere, **ADRIAN WADE**, did unlawfully and knowingly use, and carry a firearm, that is, a Glock 23, .40 caliber semi-automatic firearm, during and in relation to, and in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Detectable Amount of Fentanyl, in violation of 21 United States Code, Section 841(a)(1).

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 */s/ Joshua Gold*
JOSHUA GOLD
Tx Bar No. 24103101

Assistant United States Attorney
Federal Major Crimes Section
601 D Street NW
Washington, D.C. 20530
(202) 815-8965
Joshua.Gold@usdoj.gov