## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 22-CR-378 (DLF)** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)** |
| **BARTWONE COPELAND,** | : | **18 U.S.C. § 922(g)(1)** |
| | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | : | |
| **Defendant.** | : | |
| | : | |

### SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about November 3, 2021, within the District of Columbia, **BARTWONE COPELAND**, did unlawfully, knowingly, and intentionally possess with intent to distribute more than 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1- ( 2-phenylethyl ) -4-piperidinyl ]propanamide, also known as fentanyl, a Schedule II drug controlled substance.

**(Unlawful Possession with Intent to Distribute 40 Grams or more of a Mixture Containing N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propanamide, also known as Fentanyl,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT TWO

On or about November 7, 2022, within the District of Columbia and elsewhere, **BARTWONE COPELAND**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2016-CF3-19041, 2016-CF2-12496, 2015-CF2-7404, and 2015-CF3-5206, did

unlawfully and knowingly receive and possess a firearm, that is, a Glock 23, .40 caliber semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about November 7, 2022, within the District of Columbia and elsewhere, **BARTWONE COPELAND**, did unlawfully and knowingly use, and carry a firearm, that is, a Glock 23, .40 caliber semi-automatic firearm, during and in relation to, and in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Detectable Amount of Fentanyl, in violation of 21 United States Code, Section 841(a)(1).

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Joshua Gold*
Assistant United States Attorney
Tx. Bar No. 2413101
601 D Street NW
Washington, D.C. 20530
(202) 815-8965
Joshua.Gold@usdoj.gov